WESTON & McELVAIN LLP
Randy M. McElvain (SBN 137046)
Bevin A. Berube (SBN 227965)
601 South Figueroa Street, Suite 2350
Los Angeles, California 90017
Telephone (213) 596-8000
Facsimile (213) 596-8039
E-mail:  rmcelvain@wmattorneys.com
        bberube@wmattorneys.com

Attorneys for Defendant,
TRAVELERS COMMERCIAL
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI HUSSEIN YOUSSEF, an individual; HUSSEIN YOUSSEF, an individual; ZEINAB YOUSSEF, an individual;<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY; a Connecticut Corporation;<br><br>Defendants. | CASE NO. 2:14-cv-05916-R-PJWx<br>Assigned to the Hon. Manuel L. Real<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Having considered the Stipulation between Plaintiffs Ali Hussein Youssef, Hussein Youssef and Zeinab Youssef and Defendant Travelers Commercial Insurance Company, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice.

2. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 8, 2015          _____
                              Honorable Manuel L. Real
                              United States District Judge